IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MICHELLE GREEN,** | ) |
| | ) |
| Plaintiff, | ) Civil Action File No. |
| | ) |
| vs. | ) |
| | ) |
| **SVC Manufacturing, Inc., and PepsiCo, Inc.** | ) JURY TRIAL REQUESTED |
| | ) |
| | ) |
| **Defendants** | ) |

## COMPLAINT

COMES NOW Plaintiff Michelle Green, by her undersigned counsel, and files this Complaint, showing the Court the following:

### A. PRELIMINARY STATEMENT

1. Plaintiff brings this action against Defendant for violation of the Americans with Disabilities Act, the Age Discrimination in Employment Act and the anti-retaliation provisions therein.

### B. JURISDICTION AND VENUE

2. The federal jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1331.

3. Plaintiff submits to the jurisdiction of this Court by filing suit which suit is filed within 90 days of her receipt of the notice of right-to-sue.

4. Defendant is a corporation doing business in the State of Georgia and is subject to the jurisdiction of this Court.

5. All of the acts and omissions complained of herein occurred in the Northern District of Georgia.

6. Accordingly, venue is proper in this Court.

## C. PARTIES

7. Plaintiff is a former employee of Defendants.

8. Defendant PepsiCo, Inc. Is a soft drink manufacturer and retailer who employed Plaintiff through its wholly owned subsidiary SVC Manufacturing, Inc.

## D. FACTUAL ALLEGATIONS

9. Plaintiff began employment with Defendants in February 2003.

10. Beginning in 2013, Plaintiff was subjected to disparate terms and conditions of employment based on age and disability or perceived disability including but not limited to unfavorable assignments and reviews, denial of benefits available to peers, undesirable assignments, negative statements and assessments and hostile and derisive communications.

11. Plaintiff complained about the discriminatory treatment and was thereafter subjected to a hostile work environment because of such complaints.

12. Between 2013 and 2016, Plaintiff was subjected to a hostile work environment based on age and disability.

13. Plaintiff was also subjected to adverse conditions in retaliation for her complaints of discrimination and was forced to retire in order to preserve her health.

14. Such retirement was constructive termination.

## COUNT I

## DISABILTY DISCRIMINATION IN VIOLATION OF THE AMERICANS WITH DISABILTIES ACT.

15. Plaintiff incorporates by reference paragraphs 1 through 14 of her Complaint.

16. Defendants' actions violated the ADA by discriminating in the terms and conditions of employment.

## COUNT II

## AGE DISCRIMINATION IN VIOLATION OF THE AGE DISCRIMINATION IN EMPLOYMENT ACT.

17. Plaintiff incorporates by reference paragraphs 1 through 14 of her Complaint.

18. Defendants' actions violated the ADEA by discriminating in the terms and conditions of employment.

## COUNT \III

## RETALIATION IN VIOLATION OF THE ADA AND ADEA.

19. Plaintiff incorporates by reference paragraphs 1 through 14 of her Complaint

20. Defendants' actions violated the anti-retalaition provisions of the ADEA and ADA .

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays:

A. That the Court enter judgment against Defendant for compensatory and punitive damages;

B. That the Court enter judgment against Defendant for Plaintiff's expenses of litigation incurred in this action, including reasonable attorney's fees;

C. That the Court grant Plaintiff a trial by jury; and

D. That the Court award Plaintiff such other relief as it deems just and equitable.

This 6th day of November 2016

                                                              **s/ John D. Wales, Esq.**
Georgia Bar No. 730785
Attorney for Plaintiff
LAW OFFICES OF JOHN D. WALES
600 Village Trace, N.E., Suite 175
Marietta, Georgia 30067
Telephone:  (770) 850-2545
Facsimile: (770) 850-2548
Email: JohnDWales@aol.com