IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHELLE GREEN,

   Plaintiff,

     v.

SVC MANUFACTURING, INC., et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:16-CV-4156-TWT

**ORDER**

     This is an action under the Americans With Disabilities Act. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action without prejudice. In his Objections to the Report and Recommendation, counsel for the Plaintiff points to a medical issue that may constitute good cause for extending the time to serve the Defendants. The Court recommits the Report and Recommendation to the Magistrate Judge to consider whether to recommend dismissal in light of the fact that the Defendants have now been served.

SO ORDERED, this 11 day of April, 2017.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge