IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHELLE GREEN,

   Plaintiff,

     v.

SVC MANUFACTURING, INC., et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:16-CV-4156-TWT

**ORDER**

This is an action under the Americans With Disabilities Act. It is before the Court on the Report and Recommendation [Doc. 23] of the Magistrate Judge recommending granting the Defendants' Partial Motion to Dismiss [Doc. 14] as to the Plaintiff's constructive discharge claim for failure to exhaust administrative remedies. The Plaintiff's Objections to the Report and Recommendation are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Partial Motion to Dismiss [Doc. 14] is GRANTED.

SO ORDERED, this 3 day of August, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge